# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McAllen Division

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CRIMINAL COMPLAINT |
| **Irma Idalia SALAS** | Case Number: M-23-1069-M |
| YOB: 1988 | |
| COC: United States | |

United States Courts Southern
District of Texas
**FILED**

*06/10/2023*

Nathan Ochsner, Clerk of Court

Name and Address of Defendant

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __June 9, 2023__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law within the United States that is from a location in Hidalgo, Texas to a location in Hidalgo, Texas

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(1)(B)(ii)__

I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

**See Attachment A**

Continued on the attached sheet and made a part of this complaint: [x] Yes [ ] No

**Approved By:** *Cahal McColgan*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.4.1.,

and probable cause found on:

__06/10/2023 @ 8:17 p.m.__ at **McAllen, Texas**
Date

**Juan F. Alanis**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer

/s/ *Nidia Trevino*
Signature of Complainant
**Nidia Trevino**
Printed Name of Complainant

City and State

Signature of Judicial Officer

Attachment A

On June 09, 2023, the defendant Irma Idalia SALAS (hereinafter SALAS) knowing or in reckless disregard of the fact that an alien has come to, entered or remains in the United States in violation of law transported or moved or attempted to transport or move two undocumented aliens, Julia GARCIA-PEREZ (hereinafter GARCIA) and Maria De Los Angeles GASCA-Chavez (hereinafter GASCA), illegally into the United States from a location in Hidalgo, Texas to a location in Hidalgo, Texas by claiming they were United States citizens. During an inspection at the Hidalgo Port of Entry (POE) through a vehicle primary lane, the defendant claimed that GASCA was her daughter and presented a copy of a Harris County, Texas birth certificate in the name of another person. For GARCIA, the defendant presented a Texas Identification card in the name of another person and claimed GARCIA was her sister. SALAS was the driver of a red passenger vehicle. They were referred into secondary for further inspection.

During a secondary inspection, GARCIA admitted that she was not the true bearer of the Texas Identification card that had been presented for her by the defendant during the primary inspection. She went on to say that she was a Mexican national born in Guanajuato, Mexico with no legal status to be in the United States. She further admitted that she had made arrangements through her friend. She claimed that her friend gave her a phone number that she was to call when she arrived in Reynosa, Mexico. Once there, two male individuals were to instruct her and tell her what vehicle would be waiting for her. She stated that she did as instructed and that she was told to get into a red vehicle. Once in the vehicle, SALAS explained that if asked by CBP Officers, she was to say she and SALAS were sisters and for her not to be nervous. Once they arrived at the POE, GARCIA stated that SALAS provided the CBP Officer with the document in an attempt to facilitate her entry into the United States. GARCIA stated that she and SALAS are not related and that she was told to bring 61,000 Mexican pesos as payment for being transported into the United States. She was not aware of who she was to provide the currency to.

During a secondary inspection, GASCA admitted that she was a Mexican national born in Guanajuato, Mexico. She further admitted that she did not have any legal documents that would allow her to enter the United States and that SALAS had provided her true daughter's birth certificate to facilitate her entry into the United States. She stated that SALAS had instructed her to say that she was her daughter when they arrived at the POE. Furthermore, GASCA stated that she was to pay $9,500 dollars to SALAS once they arrived at their destination.

Database queries on both GARCIA and GASCA revealed both did not have legal status to enter the United States.